# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF KANSAS

**IN RE:**

    Christopher G Ratcliff
Kimberly A Ratcliff

        Debtors         Case No: 26-20026-13

## CHAPTER 13 TRUSTEE'S MOTION TO DISMISS CASE

    **COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby requests the Court enter an Order Dismissing the above captioned case without prejudice, and in support states and alleges the following:

    The Debtors have failed to attend the Section 341 (a) Meeting of Creditors.

    **WHEREFORE**, the Trustee moves the Court for an Order dismissing the above captioned case without prejudice as provided in 11 U.S.C. Section 1307(c).

    Dated: February 12, 2026

        s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com