**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

In re:  Chris Ratcliff )  Case No. 26-20026
Kimberly Ratcliff )
DEBTORS )

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**COME NOW** Debtors, Chris and Kimberly Ratcliff, by and through Counsel of record, and for this Response to the Chapter 13 Trustee's Motion to Dismiss states that Debtors failed to attend the Meeting of Creditors due to not being able to take off work. This meeting was Debtors first setting, and they understand they must attend the rescheduled date for March 26, 2026, or their case will be dismissed. Therefore, Debtors pray the Court for an order denying the Trustee's Motion to Dismiss.

**WHEREFORE**, Debtors pray the Court to deny Trustee's Motion to Dismiss, and for such other relief as the Court deems equitable and proper.

Dated: March 6, 2026

Respectfully submitted,
WM Law

s/ Luke T. Trusdale
Luke T. Trusdale, KS#30886
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
bankruptcy@wagonergroup.com
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Via ECF Notice: William H. Griffin, standing Chapter 13 Trustee

s/ Luke T. Trusdale