**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF KANSAS**

| | | | |
|---|---|---|---|
| In Re: | Christopher G. Ratcliff | ) | Case No. 26-20026 |
| | Kimberly A. Ratcliff | ) | |
| | Debtors | ) | |

**<u>RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Response to the Motion for Relief from Automatic Stay (the "Motion") filed by creditor, The Bank of Tescott and any assigns (the "Creditor"), states that:

1. Debtors admit they have fallen behind on mortgage payments due to multiple reasons.

2. Debtors have failed to commence payments due to their daughter suffering in a car accident and helping her during a difficult time.

3. The Motion alleges the Debtor is behind on mortgage payments but no amount is specified and a Proof of Claim has yet to be filed.

4. Debtors will be filing amended schedules to address any discrepancies. Additionally, Debtors have scheduled a payment to the Trustee which will resume payments to the Creditor.

5. In light of the above, Debtor requests the Creditor's Motion be denied.

**WHEREFORE**, Debtors pray the Court for an order denying Creditor's Motion, and for such further relief this Court deems equitable and proper.

Dated: March 13, 2026

Respectfully submitted,
WM Law

s/ Luke T. Trusdale
Luke T. Trusdale, KS#30889
15095 W. 116th St.
Olathe, KS 66062
Phone (913) 422-0909 / Fax (913) 428-8549
Trusdale@wagonergroup.com
ATTORNEY FOR DEBTOR(S)

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 13, 2026, the foregoing was delivered via e-mail to the parties listed below that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings.

s/Luke T. Trusdale

1